AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/27/07 |
| Name of SERVER: Maxine Bayley | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Copies of the complaint, all initiating documents and summonses were sent via certified US mail, postage prepaid to the following: Edward Olsen, AUSA, Dept. of Justice 450 Golden Gate Ave. 10th Floor, Box 36055 San Francisco, CA 94102; Rosemary Melville, Director USCIS 630 Sansome St. San Francisco, CA 94111; Michael Chertoff, Secretary USDHS Washington, DC 20528; Emilio T. Gonzalez, Director USCIS 20 Massachusetts Ave., NW Washington, DC 20529; Robert Mueller, Director FBI J. Edgar Hoover Bldg. 935 Pennsylvania Ave., NW Washington, DC 20535-0001. A copy of the complaint and initiating documents was sent to Michael B. Mukasey, US Attorney General, USDOJ 950 Pennsylvania Ave., NW Washington, DC 20530-0001 by US certified mail postage prepaid. All copies and summons were sent on November 20, 2007.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/27/2007
Date

Signature of Server

Address of Server: Lawler + Lawler
201 Filbert St. Ste. 400
San Francisco, CA 94133

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure