JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREJA STEVANOVIC,<br>      Plaintiff,<br>v.<br>ROSEMARY MELVILLE, District Director,<br>U.S. Citizenship and immigration Services,<br>San Francisco District Office;<br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Department of Homeland Security;<br>ROBERT MUELLER, Director,<br>Federal Bureau of Investigations,<br>      Defendants. | No. C 07-5836 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Defendants in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

Dated: January 22, 2008              Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

ANSWER
C 07-5836 BZ