1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 ANDREJA STEVANOVIC,                )
                                      ) No. C 07-5836 MJJ
13                Plaintiff,           )
                                      )
14         v.                          ) **STIPULATION TO DISMISS AND**
                                      ) **[PROPOSED] ORDER**
15 ROSEMARY MELVILLE, District Director, )
   U.S. Citizenship and immigration Services, )
16 San Francisco District Office;     )
   EMILIO T. GONZALEZ, Director,       )
17 U.S. Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, Secretary of the )
18 U.S. Department of Homeland Security; )
   ROBERT MUELLER, Director,           )
19 Federal Bureau of Investigations,   )
                                      )
20                Defendants.          )
                                      )
21

22     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25 ///

26 ///

27 ///

28
   Stipulated Dismissal
   C 07-5836 MJJ                                1

Each of the parties shall bear their own costs and fees.

Dated: February 12, 2008                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: February 12, 2008                /s/
MARTIN J. LAWLER
MAXINE BAYLEY
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

MARTIN J. JENKINS
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal
C 07-5836 MJJ                                                    2