```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREJA STEVANOVIC, | No. C 07-5836 MJJ |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| ROSEMARY MELVILLE, District Director, U.S. Citizenship and immigration Services, San Francisco District Office; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; ROBERT MUELLER, Director, Federal Bureau of Investigations, | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulated Dismissal
C 07-5836 MJJ                                       1

1     Each of the parties shall bear their own costs and fees.

2    Dated: February 12, 2008            Respectfully submitted,

3                                      JOSEPH P. RUSSONIELLO
                                     United States Attorney

5                                      _____/s/_____
                                     EDWARD A. OLSEN[1]
6                                      Assistant United States Attorney
                                     Attorneys for Defendants

8    Dated: February 12, 2008            _____/s/_____
                                     MARTIN J. LAWLER
9                                      MAXINE BAYLEY
                                     Attorneys for Plaintiff

12                                 **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED.

15    Date:    2/13/2008                  _____
16                                      MARTIN J. JENKINS
                                     United States District Judge

---

27      [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28